SIDNEY J. COHEN, (SBN 39023)
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Fax:           (510) 893-9450

Attorneys for Plaintiff
HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>  Plaintiff,<br><br>v.<br><br>PORT OF OAKLAND and DOES 1 through 20, Inclusive,<br><br>  Defendants.<br>_____ / | CASE NO. C-07-00836 WHA<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING A FIRST AMENDED COMPLAINT**<br><br>(FRCP 15) |

Stipulation And [Proposed] Order
For Filing A First Amended Complaint

1

**STIPULATION**

The parties to this action, acting by and through their counsel, hereby stipulate to the filing by Plaintiff of a First Amended Complaint which alleges facts that have been discovered subsequent to the filing of the original complaint and which adds facts of an alleged additional encounter by Plaintiff at the Oakland Airport subsequent to Plaintiff's filing of her Complaint.

A copy of Plaintiff's First Amended Complaint is enclosed as Exhibit 1.

The parties further stipulate that Defendant Port Of Oakland waives notice and service of the First Amended Complaint, that Defendant Port Of Oakland shall not be required to answer the First Amended Complaint, and that Defendant Port Of Oakland's Answer to Complaint filed with the Court and bearing Docket Number 5, including but not limited to all denials, responses, and affirmative defenses, shall be deemed responsive to Plaintiff's First Amended Complaint.

This Stipulation may be signed in counterparts, and facsimile signatures shall be as valid and as binding as original signatures.

Date: 5/16/07

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

_____
Sidney J. Cohen
Attorney for Plaintiff Hollynn Delil

Date: 5/15/07

KENNEY & MARKOWITZ L.L.P.

/s/ Jennifer M. Joaquin

_____
Jennifer M. Joaquin
Attorney for Defendant Port Of Oakland

**ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

Plaintiff Hollynn Delil may file a First Amended Complaint in this action.

Date: May 17, 2007

_____
William Alsup
United States District Judge

Stipulation And [Proposed] Order
For Filing A First Amended Complaint

2