SIDNEY J. COHEN, (SBN 39023)
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Fax:         (510) 893-9450

Attorneys for Plaintiff
HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLLYNN DELIL

      Plaintiff,

v.

PORT OF OAKLAND and DOES 1
through 20, Inclusive,

      Defendants.
_____/

CASE NO. C-07-00836 WHA
Civil Rights

**STIPULATION AND ORDER
FOR DISMISSAL**

FRCP 41 (a) (1) (ii)

      Plaintiff Hollyn Delil and defendant Port Of Oakland, by and through their attorneys of record, file this Stipulation and Order of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

      Plaintiff filed this lawsuit on February 9, 2007.

      Plaintiff and defendant have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against defendant. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

      Plaintiff moves to dismiss with prejudice the lawsuit against defendant.

      Defendant, who has answered the complaint, agrees to the dismissal with prejudice.

      This case is not a class action, and no receiver has been appointed.

      This Stipulation and Order may be signed in counterparts, and facsimile signatures shall

1   be as valid and binding as original signatures.

2           Wherefore, plaintiff Hollynn Delil  and defendant Port Of Oakland, by and through their

3   attorneys of record, so stipulate.

4   Date: 10/15/07                           SIDNEY J. COHEN
                                             PROFESSIONAL CORPORATION
5
                                             /s/ Sidney J. Cohen
6                                            _____
                                             Sidney J. Cohen
7                                            Attorney for  Plaintiff Hollynn Delil

8   Date: 10/9/07                            KENNEY & MARKOWITZ, L.L.P.

9                                            /s/ Jennifer M. Joaquin
    _____
10                                           Jennifer M. Joaquin
                                             Attorney for Defendant Port Of Oakland

11  **PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

12          The lawsuit against defendants  is dismissed with prejudice. ~~The Court shall retain~~

13  ~~jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."~~

14

15  Date:       October 16, 2007.            _____
16  _____      William H. Alsup
                                             United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28